**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Deborah M.,

    Plaintiff,                     Case No. 2:22-cv-3963

    v.                             Judge Michael H. Watson

Commissioner of Social Security,      Magistrate Judge Litkovitz

    Defendant.

## ORDER

On October 24, 2023, Magistrate Judge Litkovitz issued a Report and Recommendation ("R&R") recommending the Court sustain Plaintiff's Statement of Specific Errors, reverse the Commissioner's non-disability finding, and remand this case to the Social Security Administration for further proceedings. R&R, ECF No. 19. The R&R notified the parties of their right to object to that recommendation and warned them that a failure to object would result in a forfeiture of appellate rights.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **REVERSES** the Commissioner's non-disability decision, and **REMANDS** this case back to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

                                         **MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**